E-FILED
Monday, 12 January, 2026  01:02:38 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| JAMAL TAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case no. 23-4133-CSB |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Colin S. Bruce |
| ROSS FORD, *et. al.*, | ) | Magistrate Eric I. Long |
| | ) | |
| Defendant. | ) | |

### DEFENDANTS' MOTION TO CANCEL SETTLEMENT CONFERENCE

NOW COME Defendants, Ross Ford, Kevin Johnson, and Martin Mattingly, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, move this Honorable Court for entry of order to cancel the presently scheduled settlement conference. In support thereof, Defendants state as follows:

1. On August 15, 2023, Plaintiff, Jamal Ford, filed his Complaint with this Honorable Court. [Doc. 1].

2. On September 15, 2023, the Court entered a Merit Review Order that found that Plaintiff stated an Eighth Amendment excessive force claim and a First Amendment retaliation claim. [Doc. 6].

3. On September 15, 2025, this Court denied Defendants' Motion for Summary Judgment and *sua sponte* referred the matter to United States Magistrate Judge Eric I. Long for purposes of conducting a settlement conference. [Doc. 37].

4. On September 15, 2025, Judge Long entered a scheduling order for the settlement conference that included filing deadlines for pre-settlement memorandum due on October 17, 2025, as well as two pre-settlement conferences set for October 22 and 23, 2025. [Doc. 38].

5.      On October 17, 2025, undersigned counsel, who had recently begun employment with the Office of the Illinois Attorney General, filed a motion to continue the pre-settlement conference due to her recent appearance in the case. [Doc. 42].

6.      On October 22, 2025, this Court granted the motion to continue and re-set the pre-settlement conferences to January 14 and 15, 2026. [Doc. 43].

7.      Since October 22, 2025, the undersigned has carefully reviewed the case file and conferred with IDOC Legal about the possibility of receiving authority to settle this matter.

8.      On January 9, 2026, IDOC Legal informed the undersigned counsel that it would not provide Defendants authority to settle this matter based on the underlying facts of the case.

9.      Undersigned counsel respectfully asks the Court to cancel the previously scheduled pre-settlement conferences and settlement conference because Defendants do not have authority to enter into a settlement agreement with Plaintiff.

10.     This motion is brought in good faith and not for purposes of delay or to waste judicial resources.

11.     In the event this Court does not grant the request, undersigned counsel will still be present for the scheduled conferences with agency representative availability.

WHEREFORE Defendants, Ross Ford, Kevin Johnson, and Martin Mattingly, move this Honorable Court for entry of an order cancelling the previously scheduled pre-settlement conferences of January 14 and 15, 2026.

Dated: January 12, 2026                    Respectfully Submitted,

KWAME RAOUL                                s/ *Samantha Grund-Wickramasekera*
Attorney General of Illinois               Samantha Grund-Wickramasekera
                                           ARDC #: 6326985
                                           Assistant Attorney General
                                           General Law Bureau
                                           115 S. LaSalle Street

2

Chicago, Illinois 60603
Samantha.grund@ilag.gov
(312) 814-3001

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing **Defendants' Motion to Cancel Settlement Conference**, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Jamal Taylor, K74386**
**Menard Correctional Center**
**Inmate Parcels, P.O. Box 1000**
**Menard, IL 62259**

and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the same individual listed above:

Dated: January 12, 2026                          Respectfully Submitted,

KWAME RAOUL                                      s/ *Samantha Grund-Wickramasekera*
Attorney General of Illinois                     Samantha Grund-Wickramasekera
                                                 ARDC #: 6326985
                                                 Assistant Attorney General
                                                 General Law Bureau
                                                 115 S. LaSalle Street
                                                 Chicago, Illinois 60603
                                                 Samantha.grund@ilag.gov
                                                 (312) 814-3001 (Office)

3